UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**STATE OF OREGON**  
**Plaintiff(s),**

Case No.: 1:16–cv–00667–CL

v.

**FERNANDO MORALES, SR, et al.**  
**Defendant(s).**

_____ /

### Civil Case Assignment Order

**1.  Presiding Judge:** The above referenced case has been filed in the Medford Division of the U.S. District Court for the District of Oregon and assigned to:

> Presiding Judge . . . . . . . . . . . . . . . . . . . . . . . . . . Hon. Mark D. Clarke
>
> Presiding Judge's Suffix Code* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . CL
>
> *These letters must follow the case number on all future filings.

**2.  Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to:

> Rebecca Moore  
> Telephone:  541–608–8770  
> Email:  rebecca_moore@ord.uscourts.gov

**3.  Case Administrator/Docket Clerk:** Questions about filings or docket entries in this case should be directed to:

> Telephone:  541–608–8777

**4.  Place of Filing:** Any paper filings must be submitted to the Clerk of Court, James A. Redden U.S. Courthouse, 310 West Sixth St., Medford, OR, 97501. (*See* LR 3–1, LR 5–5.)

**5.  District Court Website:** Information about local rules of practice, CM/ECF electronic filing requirements, responsibility to redact personal identifiers from filings, and other related information can be found on the Court's website at ord.uscourts.gov.

**6.  Jurisdictional Authority of Magistrate Judges:**

    a.  **Pretrial Administration:** Pursuant to LR 72, the assigned United States Magistrate Judge is authorized to conduct all pretrial proceedings contemplated by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72 without further designation of the Court.

    b.  **Trial by Consent and Appeal Options:** Pursuant to LR 73, 28 U.S.C. § 636(c), and Fed. R. Civ. P. 73, all United States Magistrate Judges in this district are certified to exercise civil jurisdiction in assigned cases and, with the consent of the parties, enter final orders on dispositive

motions, conduct trial, and enter final judgment which may be appealed directly to the Ninth Circuit Court of Appeals (instead of a district judge).

   Parties are encouraged to consent to the jurisdiction of a Magistrate Judge by signing and filing the (attached) Consent to Jurisdiction by a United States Magistrate Judge and Designation of the Normal Appeal Route. (*See* LR 5–5(c).) There will be no adverse consequences if a party elects not to consent to a Magistrate Judge. A Magistrate Judge, however, may be able to resolve a case earlier as they are primarily assigned only to civil cases.

   Additional information about United States Magistrate Judges in the District of Oregon is available on the Court's website.

**DATED:   April 19, 2016**                         **MARY L. MORAN**
                                                    **Clerk of Court**

                                                    by: /s/ J. Montgomery
                                                         J. Montgomery, Deputy Clerk

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**STATE OF OREGON**  
   **Plaintiff(s),**

**v.**

**FERNANDO MORALES, SR, et al.**  
   **Defendant(s).**

Case No.: 1:16–cv–00667–CL

_____ /

**Consent to Jurisdiction by a Magistrate Judge**  
**and Designation of the Normal Appeal Route**

    Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

**DATED:** _____

**Signature:** _____

**Name and OSB ID:** _____

**E–mail Address:** _____

**Firm Name:** _____

**Mailing Address:** _____

**City, State, Zip:** _____

**Parties Represented:** _____

cc: Counsel of Record